## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01958-NYW

ISAMAR VICTORIA ROJAS ROMERO,

    Applicant,

v.

JOHNNY CHOATE,
KRISTI BARROWS,
KEVIN K. MCALEENAN, and
WILLIAM BARR,

    Respondents.

## ORDER TO SHOW CAUSE

Magistrate Judge Nina Y. Wang

Applicant has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [#1] in which she alleges that she is being held in the custody of the Respondents in violation of the constitution and laws of the United States. Upon review of the Application, good cause appears.

Accordingly, **IT IS ORDERED** that:

(1) Respondents shall file a **SHOW CAUSE** on or before **July 30, 2019**, why the Application should not be granted;

(2) A Motion Hearing is under 28 U.S.C. § 2243 is SET for **Friday, August 2, 2019 at 11:00 a.m.** in Courtroom A 502 before Magistrate Judge Nina Y. Wang. Applicant's counsel and Respondents' counsel shall appear in person, and Applicant shall participate telephonically by calling 303.335.2600 at the designated time.

2

(3) The parties shall submit a completed Consent/Non-Consent Form on or before **July 22, 2019. If the parties do not consent, the Motion Hearing will be automatically vacated.**

(4) The Clerk of the Court shall send a copy of the Application [#1] and this Order to Show Cause to Respondents.

DATED: July 10, 2019                                    BY THE COURT:

_____
Nina Y. Wang
United States Magistrate Judge